UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal Action No. 5: 13-054-DCR |
| Plaintiff/Respondent, ) | and |
| ) | Civil Action No. 5: 18-434-DCR |
| V. ) | |
| ) | |
| RAYMOND AMBROSE, JR., ) | **JUDGMENT** |
| ) | |
| Movant/Defendant. ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Movant/Defendant Raymond Ambrose, Jr.'s motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 [Record No. 199] is **DENIED**.

2. Judgment is entered in favor of the Plaintiff/Respondent United States with respect to all issues raised in this collateral proceeding.

3. This matter is **DISMISSED** and **STRICKEN** from the Court's docket.

4. A Certificate of Appealability shall not issue.

5. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: August 3, 2018.



Signed By:
*Danny C. Reeves*
United States District Judge